GEORGE W. WARNECKE v. LOUISE BRUNO et al., as Executors of JOSEPH BRUNO, Deceased.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante,* p. 867.]

NATIONAL CITY BANK OF NEW YORK et al., as Trustees under the Will of GEORGE H. NORMAN, Deceased, Respondents, v. EDITH H. BEEBE, Individually and as Executrix and Trustee under the Will of MABEL N. CERIO, Deceased, et al., Respondents, and FREDERICK H. PRINCE, JR., Individually and as Executor of NORMAN PRINCE, Deceased, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante,* p. 874.]

870 FIFTH AVENUE CORPORATION v. DAVID M. SIMON et al., Copartners Doing Business under the Name of SIMON BROTHERS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante,* p. 865.]

MARY PLATTO et al., v. BERTHA STIER et al.— Motion for reargument denied, without prejudice to a motion for a resettlement of the order entered herein on June 30, 1953. Present — Cohn, J. P., Callahan, Breitel and Bergan, JJ. [See 282 App. Div. 242.]

(March 18, 1955.)

In the Matter of MINNIE K. BECKER, Appellant, against AMERICAN BOSCH ARMA CORPORATION et al., Respondents.— Neither in their answer nor in their affidavits do respondents set forth any facts that raise a triable issue as to petitioner's good faith in making application for an inspection of the stock book and stock transfer sheets of respondent corporation. Order modified and appellant's motion for an inspection of the stock lists of respondent corporation granted. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ.; Callahan, J., dissents and votes to affirm.

MURIEL S. COMAN, Respondent, v. HARRY J. COMAN, Appellant.— Order unanimously modified so as to provide for visitation rights of father at some place other than at the home of the mother, and, as so modified, affirmed. The circumstances warrant the relief now provided for. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.